IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES LITTON MORRIS,
    Petitioner,

vs.                              Case No. 3:10cv492/RV/EMT

STATE OF FLORIDA,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 30, 2011 (Doc. 13). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED without prejudice** for failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure and failure to comply with an order of the court.

**DONE AND ORDERED** this 3rd day of May, 2011.

                          /s/ *Roger Vinson*
                          **ROGER VINSON**
                          **SENIOR UNITED STATES DISTRICT JUDGE**